UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

JAMES LASTRA,

               Plaintiff,

  - against -

BARNES AND NOBLE BOOKSTORE ET AL.

               Defendants.

------------------------------------------X

11 Civ. 2173 (RWS)

O R D E R

**Sweet, D.J.**

      Defendants' letter, dated July 22, 2011, will be treated as a motion and will be heard on submission, without oral argument, on August 10, 2011.

      It is so ordered.

**New York, NY**
~~July~~ 8/2 , 2011

_____
ROBERT W. SWEET
U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/11